

Vanessa D. Thurman
Chief Probation Officer

# United States Probation Office
## Western District of Oklahoma

# MEMORANDUM

| **Oklahoma City Office**<br>215 Dean A. McGee, Room 201<br>Oklahoma City, OK 73102<br>(405) 609-5800 | **Lawton Office**<br>410 Southwest Fifth, Room 101<br>Lawton, Oklahoma 73501-4268<br>(580) 353-0387 |
|---|---|

**DATE:** June 12, 2006

**REPLY TO:** Catherine A. Coss
U.S. Probation Officer

**SUBJECT:** TAPLIN, Travis Lee
06M-1228E
REQUEST FOR TRANSFER OF JURISDICTION

**TO:** The Honorable Shon T. Erwin
United States Magistrate Judge

On May 22, 2006, Travis Lee Taplin appeared before the court and entered a plea of nolo contendere to Driving Under the Influence and Speeding. He was sentenced to 4 days' incarceration to be followed by a 12 month term of supervised release. Special conditions imposed are participation in substance abuse aftercare and drug testing and fines, special assessments and fees totaling $1,150.00. The financial obligation was ordered to be paid in full on or before July 1, 2006.

Mr. Taplin began his term of supervised release on May 23, 2006. He returned to his home in Portage, Michigan, and supervision of his case was transferred to the probation office in Kalamazoo, Michigan. Mr. Taplin has no ties to the Western District of Oklahoma and it is unlikely that he will be returning here. Therefore, U.S. Probation Officer Ian Dingwall has requested transfer of jurisdiction to the Western District of Michigan.

If this is acceptable to the court, please sign the attached Transfer of Jurisdiction documents.

Respectfully submitted,

*Catherine A. Coss*
Catherine A. Coss
U.S. Probation Officer
(580) 353-0387

Reviewed by:

*Burle B. Steelman*
Burle G. Steelman
Supervising U.S. Probation Officer
(405) 609-5849